Commonwealth *v.* Pernsley, Appellant.
Commonwealth *v.* Driggins, Appellant.

Submitted September 11, 1973. *R. Barclay Surrick,* Assistant Public Defender, and *David E. Auerbach,* Assistant Public Defender, for appellants; *Philip J. O'Malley* and *Ralph B. D'Iorio,* Assistant District Attorneys, and *Stephen J. McEwen, Jr.,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Richbourg, Appellant.

Argued November 13, 1973. *George P. Micacchione,* Assistant Public Defender, for appellant; *Paul W. Johnson,* Assistant District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Conviction affirmed and original sentence of two to four years reinstated.

SPAULDING, J., absent.